**Ronald MCCLARY, Plaintiff–Appellant,**

v.

**Michael MUNNS; Kelly Harris, Dietitian, Defendants–Appellees.**

No. 16–6114

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Ronald McClary, Appellant Pro Se. Kari Russwurm Johnson, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order and judgment granting summary judgment to the Appellees and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McClary v. Munns, No. 5:14–ct–03183–H (E.D.N.C. Jan. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED